UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SREAM INC.,

        Plaintiff,

-against-

SAAKSHI ENTERPRISES INC., *et al.*

        Defendants.
-----------------------------------------------------------x

ORDER

16-CV-1408 (NG) (RML)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 30 2018 ★
BROOKLYN OFFICE

GERSHON, United States District Judge:

By order dated June 14, 2017, the court referred to Magistrate Judge Robert M. Levy plaintiff Sream Inc.'s motion for default judgment against defendants Fine Gourmet and F&B. On March 8, 2018, Judge Levy issued a Report and Recommendation ("R&R") recommending that plaintiff's motion be denied and the claims against Fine Gourmet and F&B be dismissed without prejudice. No objections having been filed, the court has reviewed the R&R for plain error, and finds none. Judge Levy's well considered conclusions are adopted in their entirety.

Sream's motion for default judgment is DENIED. The claims against defendants Fine Gourmet and F&B are dismissed without prejudice.

SO ORDERED.

/s/ Nina Gershon
NINA GERSHON
United States District Judge

Dated: March 28, 2018
      Brooklyn, New York